Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Macon Division

| | | |
|---|---|---|
| Terrance Turner | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| "Block, Inc" | ) | |
| "Cash App -- Company" | ) | |
| "Chime -- Company" | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 108 Orchard Lane |
| City and County | Centerville and Houston |
| State and Zip Code | Georgia, 31028 |
| Telephone Number | (240) 485-9483 |
| E-mail Address | marketconsultant2025@outlook.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Block, Inc
1955 Broadway, Suite 600, Oakland, CA 94612
ir@block.xyz, press@block.xyz

Cash App
1955 Broadway, Suite 600, Oakland, CA 94612
press@cash.app

Chime Financial, Inc
101 California Street, 5th Floor, San Francisco, CA 94111
ir@chime.com, press@chime.com

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Federal Trade Commission
600 Pennsylvania Avenue NW, Washington, DC 20580

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

USSOCOM

FBI

CIA

Secret Service

DHS, BATF, NSA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law
Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241, Federal Trade Commission Act
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)*   Terrance Turner                        , is a citizen of the
   State of *(name)*   Georgia                        .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)*   Terrance Turner                        , is incorporated
   under the laws of the State of *(name)*   Georgia                        ,
   and has its principal place of business in the State of *(name)*
   Georgia                        .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)*  [ N ⋀ A ]                        , is a citizen of
   the State of *(name)*   [ N ⋀ A ]                        . Or is a citizen of
   *(foreign nation)*   [ N ⋀ A ]                        .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* [ N ∧ A ] , is incorporated under the laws of the State of *(name)* [ N ∧ A ] , and has its principal place of business in the State of *(name)* [ N ∧ A ] .

Or is incorporated under the laws of *(foreign nation)* [ N ∧ A ] , and has its principal place of business in *(name)* [ N ∧ A ] .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$8,000,000 as a tax and a small fine for interrupting and obstructing financial transactions. The companies are aligned in the financial space to inhibit progress and sharing of money without their approval in free ways. The free transport of money and currency within their systems does not comply with ethics or boundaries that originally set the foundation of principle of business orchestration in the market. This is illegal charlatan work and fraud.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The companies advertise free and uninhibited sharing and exchange of money but it's not true. They designed systems of syntax and customer service engagement to stifle the customer into believing that a basic failure of IT financial systems was caused by some mysterious monster that cannot be tamed nor defeated and the customer "must use their other bank account to transfer money". This is designed to move the customer into only banking with them, and encourage their circle of friends and loved ones to use the same system. However "they all do it". There is no reason why, one customer, needs to keep all of their money in one company. It is against American principles and it is against reason and logic and sense.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking relief from psychological stress and trauma from being unable to perform financial transactions while a controlling family member is urging and demanding the plaintiff to do two things, write a book and create a business. These things cannot happen if money cannot move freely where it needs to move. The companies lie to their customers about technology. The plaintiff is a technology expert and cyber security expert (the first published book), and financial expert (tons of interviews in the financial space, and some of with their industry partners), and it is his expert knowledge and opinion that states "two IP addresses on a network where debit card transactions occur freely, should never be blocked". It is the same thing as going to the store.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Relief is sought for punitive damages that should be applied to both companies and all involved. Customers cannot be forced to unreliably wait and try again, especially try again with failing non-success, and no results. They are performing convoluted, strangling monopoly tactics, that are in violation of Title 15 USC 2. It is monopoly market controlling behavior where within themselves, they are their own market as indicated by their financial filings and reports. They are in control of customers lives, where the customers are only allowed small ghetto transaction sizes, and encouraged to "break up the transaction" into small amounts, and thus, at some point, don't give anyone money, because they think that "this person" is a security risk.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | 04/28/2026 |
| Signature of Plaintiff | //s\\ Terrance Turner //s\\ |
| Printed Name of Plaintiff | Terrance Turner |

### B.    For Attorneys

| | |
|---|---|
| Date of signing: | 04/28/2026 |
| Signature of Attorney | //s\\ Terrance Turner //s\\ |
| Printed Name of Attorney | Terrance Turner |
| Bar Number | INTERPOL SEC BAR 431179890 |
| Name of Law Firm | ~ |
| Street Address | ~ |
| State and Zip Code | Georgia 31028 |
| Telephone Number | (240) 485-9483 |
| E-mail Address | marketconsultant2025@outlook.com |