Terrance Turner
FEDERAL BAR ASSOCIATION INTERPOL SEC 431179890
108 Orchard Lane
Centerville, Georgia 31028
marketconsultant2025@outlook.com
(240) 485-9483

*Attorney for the Plaintiff and the Proposed Claim, and victims of the allegations & charges*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRANCE TURNER,<br>*individually and on behalf of the Proposed Claim, and*<br>*victims of the allegations & charges*<br><br><br>Plaintiff,<br><br>v.<br><br>Block, Inc<br>Cash App<br>Chime Financial, Inc<br><br>Defendant, | **CIVIL COMPLAINT**<br><br>**FEDERAL TRADE COMMISSSION ACT**<br>**TITLE 42 CIVIL RIGHTS STATUTES**<br>**CONSUMER PRODUCT SAFETY ACT**<br>**FEDERAL WARRANTY ACT II**<br><br><br>**DEMAND FOR BENCH TRIAL** |

## I.    JURISDICTION – SECTION ONE

1. **TITLE "28" U.S.C. § 1331, – THE FEDERAL QUESTION**
   The district courts shall have original jurisdiction *of all civil actions* <u>arising under</u> the constitution, *laws*, or treaties of the United States".

2. **TITLE "28" U.S.C. § 1332, – THE DIVERSITY QUESTION**
   The district courts shall have original jurisdiction of all civil actions where *the matter in controversy exceeds* the sum or value of $50,000, exclusive of interest and costs, and is between, (1) *citizens of different states*; (2) citizens of a state and citizens or subjects of a foreign state; (3) *citizens of different states* and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, *as plaintiff and citizens of a state or of different states.*

## II.    JURISDICTION – SECTION TWO

1. **TITLE "15" U.S.C. § 2061, – IMMINENT HAZARDS**
   ***(B) RELIEF; PRODUCT CONDEMNATION AND SEIZURE***
   (1) ***The district court in which such action is filed shall have jurisdiction*** to declare **such product** an **imminently hazardous consumer product,** and (in the case of an action under subsection (A)(2) of this section) to grant (as ancillary to such declaration or in lieu thereof) such **temporary** or **permanent relief** as may be **necessary to protect the public** from such **risk.** Such relief may include a mandatory order requiring the notification of such risk to purchasers of such product known to the defendant, public notice, the recall, the repair or the replacement of, or refund for, such product.
   (2) In the case of an action under subsection (A)(1) of this section, ***the consumer product may be proceeded against by process*** of libel for the seizure and condemnation of such product ***in any United States district court within the jurisdiction of which such consumer product is found.*** Proceedings and cases instituted under the authority of the preceding sentence shall conform as nearly as possible to proceedings in rem in admiralty.

   ***(D) JURISDICTION AND VENUE; PROCESS; SUBPOENA***
   (1) An action under subsection (A)(2) of this section may be brought in the United States district court for the District of Columbia or in ***any judicial district in which any of the defendants is found, is an inhabitant or transacts business***; and process in such an action may be served on a defendant in any other district in which such defendant resides or may be found. Subpoenas requiring attendance of witnesses in such an action may run into any other district. **In determining the judicial district in which an action may be brought under** this section in instances in which such **action may be brought in more than one judicial district**, the Commission shall take into account the convenience of the parties.
   (2) ***Whenever proceedings under this section involving substantially similar consumer products are pending in courts in two or more judicial districts, they shall be consolidated for trial by order of any such court upon application reasonably made by any party in interest, upon notice to all other parties in interest.***

2. **TITLE "15" U.S.C. § 2064, – SUBSTANTIAL PRODUCT HAZARDS**
   ***(A) "SUBSTANTIAL PRODUCT HAZARD" DEFINED***
   (2) a product defect which (because of the pattern of defect, the number of defective products distributed in commerce, the severity of the risk, or otherwise) creates a substantial risk of injury to the public.
   (B) Noncompliance with applicable consumer product safety rules; product defects; notice to Commission by manufacturer, distributor, or retailer (3) contains a defect which could create a substantial product hazard described in subsection (A)(2); or (4) creates an unreasonable risk of serious injury or death

### III.    JURISDICTION – SECTION THREE

1.    **TITLE "15" U.S.C. § 25, – RESTRAINING VIOLATIONS; PROCEDURE**
*The several district courts of the United States* are invested with *jurisdiction to prevent and restrain violations* of this Act, and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition, the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition, and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises. *Whenever it shall appear to the court before which any such proceeding may be pending that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned whether they reside in the district in which the court is held or not, and subpoenas to that end may be served in any district by the marshal thereof.*

2.    **TITLE "15" U.S.C. § 22, – DISTRICT IN WHICH TO SUE CORPORATION**
*Any suit*, action, or proceeding under the antitrust laws against a corporation *may be brought not only* in the judicial district whereof it is an inhabitant, but also *in any district* wherein it may be found or *transacts business*; and all process in such cases may be served *in the district* of which it is an inhabitant, or *wherever it may be found.*

3.    **TITLE "15" U.S.C. § 4, – JURISDICTION OF COURTS; DUTY OF UNITED STATES ATTORNEYS**
*The several district courts of the United States are invested with jurisdiction to prevent and restrain violations* of sections 1 to 7 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity *to prevent and restrain such violations.*

4.    **TITLE "15" U.S.C. § 27, – EFFECT OF PARTIAL INVALIDITY**
If any clause, sentence, paragraph, or part of this Act shall, for any reason, be adjudged by any court of competent jurisdiction to be in-valid, such judgment shall not affect, impair, or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, or part thereof directly involved in the controversy in which such judgment shall have been rendered.

5.    **TITLE "15" U.S.C. § 24, – LIABILITY OF DIRECTORS AND AGENTS OF CORPORATION**
Whenever a corporation shall violate any of the penal provisions of the antitrust laws, such violation shall be deemed to be also that of the individual directors, officers, or agents of such corporation who shall have authorized, ordered, or done any of the acts constituting in whole or in part such violation, and such violation shall be deemed a misdemeanor, and upon conviction therefor of any such director, officer, or agent he shall be punished by a fine of not exceeding $5,000 or by imprisonment for not exceeding one year, or by both, in the discretion of the court.

## IV.    JURISDICTION – SECTION FOUR

1.    **TITLE "15" U.S.C. § 5, – BRINGING IN ADDITIONAL PARTIES**
*Whenever it shall appear to the court before which any proceeding* under section 4 of this title may be pending, that *the ends of justice require that other parties should be brought* before the court, *the court may cause them to be summoned, whether they reside in the district in which the court is held or not; and subpoenas to that end may be served in any district* by the marshal thereof.

2.    **TITLE "15" U.S.C. § 15D, – MEASUREMENT OF DAMAGES**
In any action under section 15c(a)(1) of this title, in which there has been a determination that a defendant agreed to fix prices in violation of sections 1 to 7 of this title, damages may be proved and assessed in the aggregate by statistical or sampling methods, by the computation of illegal overcharges, or by such other reasonable system of estimating aggregate damages as the court in its discretion may permit without the necessity of separately proving the individual claim of, or amount of damage to, persons on whose behalf the suit was brought.

3.    **TITLE "15" U.S. C. § 45B, – CONSUMER REVIEW PROTECTION**
(a) (2)Covered communication The term "covered communication" means a written, oral, or pictorial review, performance assessment of, or other similar analysis of, including by electronic means, the goods, services, or conduct of a person by an individual who is party to a form contract with respect to which such person is also a party. *(e)Enforcement by States (5)Venue; service of process (A)Venue Any action brought under paragraph (1) may be brought in— (i)the district court of the United States that meets applicable requirements relating to venue under section 1391 of title 28; or (ii)another court of competent jurisdiction.*

4.    **TITLE "15" U.S.C. § 15, – SUITS BY PERSONS INJURED**
(a)Amount of recovery; prejudgment interest Except as provided in subsection (b), *any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy*, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee. The court may award under this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances. In determining whether an award of interest under this section for any period is just in the circumstances, the court shall consider only—

5.    **TITLE "15" U.S.C. § 26, – INJUNCTIVE RELIEF FOR PRIVATE PARTIES; EXCEPTION; COSTS**
*Any person, firm, corporation, or association shall be entitled to sue* for and have injunctive relief, *in any court of the United States having jurisdiction over the parties, against threatened loss or damage by a violation of the antitrust laws*, including sections 13, 14, 18, and 19 of this title, when

~ 4 ~

and under the same conditions and principles as injunctive relief against threatened conduct that will cause loss or damage is granted by courts of equity, under the rules governing such proceedings, and upon the execution of proper bond against damages for an injunction improvidently granted and a showing that the danger of irreparable loss or damage is immediate, a preliminary injunction may issue.

## V.    JURISDICTION – SECTION FIVE

1.    **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2073, – ADDITIONAL ENFORCEMENT OF PRODUCT SAFETY RULES AND SECTION 2064 ORDERS**
(a)In general
***Any interested person*** (including ***any individual*** or nonprofit, business, or ***other entity***) **may bring an action** in **any United States district court** for the district in which the defendant is found or transacts business to enforce a consumer product safety rule or an order under section 2064 of this title, and to obtain appropriate injunctive relief.

2.    **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2072, – SUITS FOR DAMAGES**
(a)Persons injured; costs; amount in controversy
Any person who shall sustain injury by reason of any knowing (including willful) violation of a consumer product safety rule, or any other rule or order issued by the Commission **may sue any person who knowingly (including willfully) violated any such rule or order in any district court of the United States in the district in which the defendant resides or is found or has an agent,**[…]

3.    **TITLE "15" U.S. C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2071, – INJUNCTIVE ENFORCEMENT AND SEIZURE**
(a)Jurisdiction
**The United States district courts shall have jurisdiction** to take the following action:
(1)**Restrain any violation** of section 2068 of this title.
(2)**Restrain any person from manufacturing for sale, offering for sale, distributing in commerce, or importing into the United States a product in violation**[…]
(3)**Restrain any person from distributing in commerce a product which does not comply with a consumer product safety rule.**
**Such actions may be brought** [--------] **in any United States district court** for a district wherein any act, omission, or transaction constituting the violation occurred, **or in such court for the district wherein the defendant is found or transacts business. *In any action under this section process may be served on a defendant in any other district in which the defendant resides or may be found.***

4. **<u>TITLE "29" U.S.C. CHAPTER 20 SUBCHAPTER V PART A § 1856 – WAIVER OF RIGHTS</u>**
   *Agreements by employees purporting to waive or to modify their rights under this chapter shall be void as contrary to public policy, except that a waiver or modification of rights in favor of the Secretary shall be valid for purposes of enforcement of this chapter.*

5. **<u>TITLE "15" U.S.C. CHAPTER 62 § 3614 – WAIVER OF RIGHTS AS VOID</u>**
   *Any condition, stipulation, or provision binding any person to waive compliance with any provisions of this chapter shall be void.*

6. **<u>TITLE "15" U.S.C. CHAPTER 41 SUBCHAPTER VI § 1693l – WAIVER OF RIGHTS</u>**
   *No writing or other agreement between a consumer and any other person may contain any provision which constitutes a waiver of any right conferred or cause of action created by this subchapter. Nothing in this section prohibits, however, any writing or other agreement which grants to a consumer a more extensive right or remedy or greater protection than contained in this subchapter or a waiver given in settlement of a dispute or action*

## VI. INFORMATION & ALLEGATIONS

1. The plaintiff is alleging tortious interference, negligence, assault, and other crimes against "Cash App", the company, and "Block, Inc" formerly known as Square, competitor to Stripe and Paypal, for damage against the plaintiff's life and ability to function.

2. The company is a payment processor, which is a money transfer agent, a money transfer service, where it operates "in the middle" of transactions. It allows people and businesses to exchange and deliver, transport money to one another.

3. The company, like many other companies, function in a hidden intelligence way, whereas "they put people on lists" and during opportunistic moments in their life, they start performing harassment. You don't know why they are performing these dangerous and harmful actions, and you aren't quite completely sure that they are "targeting" you, but the actions are occurring, and you are sure of that.

4. The company, at this point in time is blocking financial transactions as if it owns the bank account of which it has blocked multiple monetary transactions of specific amounts and will not allow the plaintiff to know, what particular amount of money, is allowed by rule, for the plaintiff to transfer into and out of the account, per its designation and determination.

5. The plaintiff, performed a customer service inquiry into the issue and evidence of the whole conversation is depicted in evidence screenshots which follow this brief where basically the plaintiff is told that there is a "security" reason, and they are not going to share the security reason and they are not going to override the security reason.

6. The chat service bot as well as the person, which could be an upgraded bot, as opposed to the initial bot, iterated that "I should try again" as well as other things like "trying another debit card, somehow linked to the same account as if they are manufactured differently", "use another bank account", "don't try it multiple times like spamming it or DDOS'ing it or something".

7. The chat service bot agent, has multiple inflammatory, insane syntax epithet rhetoric sequences built into it, and it's horrible. At this point in time in society, we are moving toward "Idiocracy" as a way of life, like as in, "if you are doing something and as long as it goes fine and correct, then it's fine, but if it has a problem, then you might encounter this extremely, screwed up tortious intereference provocation death threat, death entanglement behavior".

8. The company, Square, and now Block, Inc, like Stripe and it's other competitors, like Payoneer, Shopify, Stripe, Honey Book, and Paypal (the only one that I haven't named in a lawsuit) are all functioning as banks, national and regional and world banks, and they perform all of the services of banks, and the sign-up for these things can be quick and easy and simple, but basically, "that's a

~ 7 ~

problem" in some way, and in others, it's free and exciting.

9. The company, Square, Block, Inc is not registered as a bank and they perform full banking services, and they process transactions. They are in between ACH transactions which effectively are all transactions, even though they are denoted credit card, debit card, check card, etc transactions.

10. The mechanism that actually enables the transaction is the existence of an account number and routing number combination which is sort of like a social security card number for identification of the bank account.

11. A few days after this chat occurred, the plaintiff tried again, because basically, as a legal defense, "he was advised to do so" and then, in not doing so, would be "one of those things". SO, he tried again.

12. It went through. At the same time, the plaintiff is encountering, harassment, provocation, death threats through a popular video game that he plays Call of Duty Black Ops 7, and general bad times in World of Warcraft, where the plaintiff was allowed to create an account again, and get back to playing even though a repeated campaign of orchestrated events led to Blizzard, now Activision-Blizzard owned by Microsoft deleting his account.

13. There is a rampant cheating culture going on in these games that involves space technology, alien technology, nation state technology, artificial intelligence, things not understood in this world, where what has occurred with the Call of Duty managers is that they put "particular arrangements of objects in the game" while the plaintiff is playing which relate to specific events in the plaintiff's life, when he was on mission with USSOCOM, NASA, and FBI doing "space things".

14. No one will believe any of that, and the plaintiff can explain many things.

15. A couple of these transactions, "now" went through, and then, for some stupid fucking reason, Western Union Netspend Prepaid Mastercard, went back into blocking these transactions from their side. So, the transactions got blocked on this end, and then, they started getting blocked again, on the other side.

16. The problem with this behavior is that, this is how they lock up your account, and basically, what can happen is, they perma-flag you as an account risk and "you have too many flags and risks on your account and now it's time to turn your account off".

17. The plaintiff recently attained, a Social Security Administration determination on his "disability claim" and they paid the plaintiff some money, to start the payment of the claim.

18. The plaintiff is trying to transfer money around to a couple of accounts so just in case, something happens, like when the plaintiff got out of jail, and then WU Netspend just blocked and completely shut down the plaintiff's account, while someone at Microsoft turned off the plaintiff's new computer and

bricked it, and then someone got into the cell phone and after the plaintiff downloaded the Uber app, just burned up the cell phone with overcalculations, racing cpu conditions, overheating the cell phone until the app was uninstalled, but it made the screen fragile and the plaintiff didn't know, who just at some point, a few days later, set the phone down on a table to charge it, and the whole fucking screen broke, like as if you drowned it in water.

19. The internet from Verizon got turned off. The stopped the plaintiff's payment from going "all the way through" and kept the money but didn't apply it to the account, twice. The plaintiff paid from two accounts for the bill in March, and then when we got to April, they just literally turned the internet off.

20. They did it, right after, Call of Duty game managers, killed the plaintiff in the game. The plaintiff tries to re-log in, and then the internet just fucking dead, so dead it's 1 mb / 1 mb, up and down, speeds of bandwidth and throughput.

21. The plaintiff gets into an argument with Verizon which leads to a federal district civil filing that's on it's way, right now to the Southern District of Florida, where Total by Verizon, aka now, Total Wireless again, from Tracfone, they bought, purchased, and acquired it by and through.

22. Some things are disclosed in that case about spy intelligence nation state government harassment that the plaintiff is experiencing, and things went bad in other areas of life.

23. Currently, the plaintiff doesn't have a cell phone. The plaintiff recently received an EEOC notification of sue rights for an employer that involuntarily forced a psychological evaluation exam as part of the job application employment process, and the plaintiff tried to receive representation from a law firm.

24. The law firm cited the law and rationale incorrectly and the plaintiff is suing that organization and everyone that she referred me to because they all didn't take the case either, an open and shut case. The psychological exam is ordered through Indeed chat and I took the test. They will not give me my results which is further violation of the problem.

25. The first lawsuit against her is filed. The second lawsuit just went out in the mail today. The law firms and the employers are being sued together because it is a combined issue.

26. Someone paid off the EEOC investigator and prepared it with ambush journalism, defense attorney level of counter-retaliations for my whole case. I spent forty minutes on the phone, dealing with a prepared EEOC investigator that was trying to shoot down my motivation for pursuing the case.

27. During all of this, and the cell phone, one day, stops charging. The phone itself stops charging and the phone stops charging with this specific cable.

28. I buy a new phone and overnight it. The phone initially charges and then stops. The phone is not activated. They made the new phone that was not activated stop charging and stop charging with the new cables that I bought.

29. AT&T would not fix the phone issue by updating its scan registrar database entry, where they go through this all the time, "it missed a scan before it left the distribution center dock" and now the phone is not scanned out and does not register as properly sold. They are treating it as a stolen phone.

30. All of the law firms that the first lawyer referred me to, didn't call me back or refused. Four of them, within the same hour in the morning, sent me rejection emails. Why would you not take an open and shut case?

31. I have to draft the papers myself.

32. On top of that, some two OSHA related folks that my uncle got me in touch with, won't give me the job but the job was probably a scam. They literally told me this phrase "butts in seats". There is a powerplant going offline or being decommissioned in South Carolina. I don't know the city.

33. I was told, that "all you have to do is put your hate and gloves on and walk around, this is just butts in seats". With a powerplant going offline, and maybe being nuclear or nuclear related, and "taking out rods" and "transporting rods", that was something that, got my attention.

34. These people don't know, anything about powerplant safety. Do the workers performing the decommissioning job trust these OSHA workers to keep them safe? They might literally be doing unsafe things, while thinking that the OSHA crew is going to tell them, when they are being unsafe and correct them into new productivity.

35. I got OSHA certified in a couple of things, General Industry and Construction, last year, and this uncle of mine, tried to supposedly hook me up with a job that was OSHA related through Bhanson and I think it was a staged death murder plot.

36. They want people to create fake reports and perform fake work. Additionally, he was trying to do something with supposedly getting me an apartment, and then, when this scheme that was going to screw up my probation through the criminal justice system didn't work because I wasn't going to go through with it, then, he cancelled the job, threatened the job twice, and then vowed to kill me by making me homeless and not supporting me in the way that he said he would.

37. All of these bad events keep happening and now, I am just trying to perform a little account maintenance, and then these people will not let me transfer money. There are multiple attempts and there is no security reason to block someone from transferring money to yourself.

38. Some of these organizations block self-transfer of money because, they just swear to God that you are not, that person, and you are some imposter and you just are stolen an identity that you don't even know who that is.

39. I had an experience with two payment processor companies, where it's this type of service, someone giving you money, but in an business official capacity like exchanging it for goods and services. With Cash App, it advertised itself as peer to peer money exchange service, where it encouraged, one to another, individuals give to each other in the same way that Paypal started its business.

40. The payment processor companies, blocked my account, and put it under security review with threat to close the account, because I transferred $100 to myself. I was testing functionality of the accounts because "you know these people just block people", "how do I know that I can drive business traffic here with this site, this service if they block me, transferring money to myself", "I should test it, to see if they block me, then I might know if they will block money transfers that come through my customers".

41. These two companies, put my account in security review for ten days because I transferred money to myself and both comes, did this thing, where they literally, didn't tell me why my account was in security review. They just blocked all of the features of my account, and I was left to guess at the wind, and write some pleading letter of deliverance to both companies to get them to unlock the account.

42. These people of today, aren't educated. They don't understand reason. They don't understand logic. They do things that they are slightly prepared on, like african children holding guns killing other children over diamonds.

43. These people read their customer service scripts and they think that you are stupid. I am arguing with the chat bot until it shoves me into a person, and I don't think that it's going to go well considering the specific syntax that was used to create this customer service experience.

44. These people chose every word in that map of a tree that was used to design the outflow of paths that a customer could find themselves upon.

45. This thing ridicules you in humiliation, telling you to "try it again". It tells you, well you just have to try it again. It tells you this as if you are performing some complex series of task and you just need to try it because you might be doing something wrong, and when it do it this time, then it will be better.

46. Security settings are a one or a zero. As a security expert, I know how this goes. Once you turn the firewall on, when you block a port, that port isn't going work for incoming or outgoing traffic.

47. It is now the next day since I began writing this lawsuit complaint draft brief, and now, there is a "Square" advertisement in my email mailbox. I don't know if that's a threat from Microsoft or a threat

from Square, and to do what? What does Block want?

48. Things are like that for me. I have to pay attention to everything in my environment. Someone cut off the cell phone by making it not able to charge and I order a new one, and then, not long after it's physically turned on and plugged into a wall, it stops charging.

49. This is part of it. I tried another transaction today, and it went through but that doesn't solve the problem. These things happen again and if escalation occurs because "there are too many red flags on your account" then that can be crippling beyond death.

50. This is a situation in America where you can't get your hands on services ubiquitously or freely, or agilely. You can die out here from someone not giving you a bank account, and especially not being able to transfer money in your time of need.

51. Case in point, I get out of jail, and then I can't get into my WU Netspend account. It's frozen. There are no security risks. I am the only person trying to get access to it. I am the only person to have ever tried to get access to it, and these people, have four hierarchy of fraud departments and a fifth crisis management type of fraud department escalation team.

52. I went through every fraud department and they have bullshit in the customer service pipeline where they make you upload a picture of your driver's license through a website that functions like an app, and then, the fucker goes through or doesn't go through depending upon some setting that they have in there, but they pretend that it's because you are on a cell phone connection or not.

53. The app will or can produce an error in the web page which it did the first time after taking a while to upload the picture, and then, the fucker service person was like "well it's because you didn't do it on wifi, if you don't do it on home wifi then, it's not going to go through and error. We will repoen your account only if you upload the picture on wifi".

54. This is where I got stuck. So then, I get on wifi and it goes through, and then, a different fucker behind the scenes says, "a manager said that there was an error, on our side....on our side, and that it came through but there is an error in it and so we are not reopening your account".

55. This is what I am talking about, just like with this money transfer. I could have a gun to my head with someone demanding that I give them money and these fuckers are like "no no security risk, no no security risk" and just turn off your fucking account.

56. Now, with the WU Netspend account, I have an issue with purchases, where I will characterize them as "card not present purchases". This is where the numbers are used online and they don't like the merchant or they don't like you, and they sometimes block your shit because of it.

57. So, with the WU Netspend account, any purchase that I make online, like I was trying to pay for a month of service for a PDF editing website, that enables me to send my court documents and fix any PDF error or mishap, imaginable, unlike where in the fuck Adobe went with letting it's white people and India monkeys fuck up Acrobat and Acrobat online which is extremely fucked up.

58. They are killing the company on purpose because these stupid shits in the world, right now, don't know how to read and they don't value written word, nor appreciate the spoken variety. They just criticize and say that everything is wrong and they don't know, what anything is, and they are telling you that you need to obey them. This is what is going on in the world today. They don't know anything. These people at WU Netspend had me, dead, in my account, and I need to use it for food, water, gas, etc and they don't care.

59. They turned my junk off when I was getting Popeyes chicken. I used a virtual card number, because I didn't have my card because I went to jail and everything was lost, and so, the payment went through and then it got rejected.

60. I literally couldn't eat because of this, but they don't care. They come up with rules and crap like "send us your cable bill or your power utility statement that has the same address on it which is where you live and where you need us to send a new card to, or else we are keeping your account turned off". They have an unseasonable demand for specific documentation.

61. I went through a couple of departments and they supposedly turned the card back on. But in the morning, they turned it off. I repeated the process and then, the card was on for a couple of days, and then magically, it was turned off.

62. Now, at this point in this particular story, there is nothing that I can do. These are the people that will tell you something like "oh well, um, if you transfer the money out of your account to a different account, and close the account we'll help you do that, but you need to give us your card number first". And part of the issue is that, you don't have your card and you explained that and they know that.

63. That type of logic is used to make all of the syntax in this customer service routine. It is, they know what situation that you are in, and they are telling you stupid shit, like "oh just use a different debit card for the same account and then that will work", "stop trying the transaction so much, multiple times, and it will go through".

64. What you see in the logic of the syntax created and presented in the customer service bot, as well as the script originated disseminations of the customer service agent, is that there is a deliberate attempt to frustrate and provoke the customer into rage, wrath, and other negative emotions to threats of violence, to promote violence, which will end in account closure or some other bad act, which could be law enforcement action.

65. One of the things that happened with me fashioning documents for the other court case against Verizon which went in the mail a couple of days ago, was that hackers changed the evidence pictures pages, and made the pictures not-line-up when the document was converted into PDF, and then, when I tried to examine the document, then the document had an error in it, where originally, all of the pictures were lined up, and then, it looked like pictures from a whole page were missing and then there is one picture on a page, and then there is a normal page of pictures, and then one picture on a page.

66. I could not fix this error within the document itself. Twice, I put the pictures back in order, where the pictures all line-up like they do in this document, and when I convert it to PDF, it does this picture offset thing again.

67. Other things were off in the legal forms, designation of the court were gone and broken. They broke the ability to drop-down select the court district, where you select effectively where you are going to send the papers and form to, in the complaint document. They made it never render into reality, and then if you fixed it or typed it in, when you save it, it clears out again.

68. The only solution for the mixed up pictures situation was to print the whole thing to PDF, then create a new document, blank document and set the pictures in that, and then immediately convert to PDF, and then merge the new pictures evidence document, with the malformed document, and then delete the wrong pages out, and insert-merge the correct pages in.

69. For the other document errors, basically, print to PDF as the document is, and then, just use the PDF editor to type in words on top, after the document is essentially printed.

70. For this lawsuit, for this document, they did something while I was trying to align the pictures in this document, they made the page scroll up and keep scrolling up, and then when I was typing the previous line, they did some word jumble, re-arrange of letters thing, and I don't know how to describe it fully, but I had to stop, and delete text and go back to writing.

71. It is now 04/25/2026 and Chime is "in" on it too, this coup against Americans where "they" will not allow transfers to take place. They are blocking my account from transfers to and from Bank of America and then, when I complained strategically and tactifully, then basically, someone from Square/Block or Stripe, who spies on me the most because they are really World Pay, unblocked some aspect of my account, and "*so then, because I know when I am about to get screwed over, while on the phone with customer service of Chime, I tried really-quick to transfer money from Cash App again, through the Chime side, because Cash App has Chime cards blocked, and Chime was blocking Cash App cards too, because it didn't work earlier, but I tried it again, and then I got some money to go through*".

72. So then, to accelerate to a point in a large story, the customer service girl was like "oh oh well it works now, JUST USE YOUR CASH APP ACCOUNT".

73. And I am like "No, that doesn't solve the problem (which I knew that they were going to do), You, need to fix it so that Bank of America works".

74. And then, she was like "Well, no, you just need to use the Cash App card". And then I say "No, you have this third-party integration service advertised through Plaid for all of the banks to transfer money through you, and then Plaid doesn't work, your debit-card doesn't work, this needs to work, you are advertising no-limits and high limits on the accounts, and so this is what needs to happen, fix the service so that it works".

75. At some point, I went on a long legal rant, just so that, at some point, someone listening to it, because it's recorded and I promised a lawsuit while referencing, current active lawsuits on the docket, knowing that someone would listen to this at some point, today, I tried to do a little transfer again, and the Cash App card, works now, FROM the Chime account, not through the Cash App side, from Cash App's app.

76. I am realizing something. This is a common practice for these payment processor companies, money transfer agent companies to limit and defeat, obstruct, and hinder transactions, as part of some global plot of terrorism.

77. They are seriously doing this on purpose.

78. There is no reason why, a financial transaction should fail or should not be remedied.

79. They make nazi-derived, tyrannical, draconian style rules, where they demand that your name needs to match the name on the other card, or the account, and that the registered account address "needs to match" as well or they won't allow the transfer.

80. That is limiting and tortious. There is no reason for that.

81. They implement a style of customer service, where it leaves customers guessing, and they blame the transfer failing on "the other side" especially if it is a bank.

82. They implemented this Plaid service to supposedly legitimize the transfers, and give more confidence to the transfer, to limit blame on themselves, and surprise to me, that the Plaid service does nothing to enhance the transfers at all.

83. When I contacted Chime about the failed transfers, I was put through the same "bullshit" that Cash App was putting me through with, suggesting that, you uninstall and reinstall the app, try it again, try it again later, try it again in a few days, try it with a different debit card manufacturer on the same account, try it again from another bank account.

~ 15 ~

84. I know that "well, you didn't try it again" will be their defense. However, transfers failed after successive ones completed. The service is mixed. You basically, have to "sit here" and try every other day to put money in the account. You just have to "wing it" and just give a try, here and there and see what happens.

85. I'm confident now, at this point, after I have complained a few times, that basically, they opened up the ability for me to use my Cash App debit card, from the Chime side. Cash App will not allow Chime cards to work on their end.

86. I have successfully used the Cash App card number through Chime, to add money into the account, which was in effect a useless account, because "I couldn't put money into it".

87. These companies have some weird philosophy. They want "you" to put your direct deposit stuff into this account, and then, you can't transfer money to yourself and you don't need to. A long time, ago, white people who were good in business and some millionaires, used to commit murder and heinous criminal acts, all because allegedly, "they couldn't transfer money into an account", "their bank account wouldn't work".

88. Now, these companies, are forcing Americans to live under the terrorism of a nation state third world country government, where many things that should work, don't work. You can only transfer money to yourself, and they are going to make sure that the addresses match. The Chime woman on the phone asked me as a troubleshooting step, "does the address on this card, match the address on the other card, otherwise it won't go through".

89. That, is none of her business, and multiple companies, right now, have their security protocols set up that way. I literally, have been an Amazon Prime customer, off and on, for years, since the beginning of Amazon prime. I signed up again, because of getting out of jail, my account was negative in state and then I deleted it and made a new one, but my addresses didn't match, and they turned off my account, and put it in security review.

90. Then, when I supplied my private information to them, they restarted the security review process and told me to "submit your documents again". Then, I said "fuck it, and deleted the account", in attempt, because they froze that ability, and then, after a couple of days, sent me an email, stating that, if I tried to use a particular debit card again, while signing up for a new account, that they would allow me to order, and then, freeze and stop the order, and prevent it from shipping, and just keep the account held up in perpetual nonfunction.

91. The prior is an example of how the consciousness of these attackers is behaving. It is all across America and is why I don't have a job right now.

92. The customer service agent from Chime, after I explained myself over and over again to the AI lady bot that is voiced of a contemporary black woman, that's young enough to be employed by Corporate America, which is xenophobic racism, a voice that I heard, from some other company whose name I cannot remember at this moment...

93. The customer service agent, made me reboot the phone, log out of the app, uninstall the app, reinstall the app, log in from the website and not the app, try the transfer again multiple times as if, there is some "client side" issue that is allegedly causing problems with the money transfer.

94. There is not. There is never a client side issue, causing a problem with the money transfer. These people have "lists" of individuals that they don't want transferring money, and they work in secret to block their connections. Their routine was the same as Square/Block/Cash App. They tell you stupid, wrong, incorrect things, like "try again", "wait a few days and try again", "use another debit card for the same account".

95. You need to think of, what in the hell, would be true for this idea and syntax to make sense? What are you lying about internally in your company and what are you telling your board of directors and your constituents about your service. This is more than IT people lying about company services to the company itself.

96. They are lying to customers to create havoc and hell. A person needs to be on the Cash App or Chime service for the money transfer to work without a problem. You are not free to "transfer" money into your account or out of your account, through normal bank relevant procedures.

97. The companies have some sort of philosophy where "they want" you to sign-up your direct deposit with them, because they are in a hostile takeover of certain aspects of this country and they are claiming that "people don't want to bank with banks" because of multiple reasons, and to prove this they keep demonstrating how many people are signed up with them, in their direct deposit sign-ups.

98. They write customer service scripts for the AI bots and for the women working in there to make you yell at them, make you scream at them, and eventually, get someone killed or promote some sort of provocateur hatred-criminal action where "someone not able to transfer money" commits a crime, or the lack thereof leads to a disappearance, or crime itself.

99. They believe that they have a duty and injustice accountability, to stop crime. They are massively, ubiquitously halting anyone from "leaving their banking institution" as well as, just generally "not allowing transfers" because they think that, "this is how people pay people off".

1. They believe that their services are used for criminal purposes. They think that when someone transfers money to themselves, then that is when, someone is stealing money from that account through identity

theft.

2. They think that anyone transferring money in any way is a crime, and that all money transfers should be through the app designated name convention of the account configured of their service itself.

3. One of the things that really pissed me off, was that for both of these companies, they lie to you through the customer service bots, telling you that "you can transfer money through a bank transfer" and then, what they do is, they give you the account number and routing number instead.

4. When you tap on the features on the app, and you want to make a money transfer, a bank transfer, all that it does, is show you the account number and routing number. There is no executable feature, active feature, available behavior to actually transfer money through using the account number and routing number, and that is fraud.

5. They perform an implication. They are indirectly implying that "you" need to put these numbers in the bank account, that you want to transfer the money from, and then presumably "that will work". It does not. That is fraud.

6. Globally, all of the banks are shutting down banking transfers. There is some reason and it is not clear to the public and the public is not asking.

## VII.  CLAIMS

1. **TITLE "42" CIVIL RIGHTS ACT TITLE "42" U.S.C. CHAPTER 21 SUBCHAPTER I §§ 1981 - 1995**
   *(a)Statement of equal rights*
   *All persons within the jurisdiction of the United States shall have the same right in every State and Territory to **make and enforce contracts**, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.*
   *(b) "**Make and enforce contracts**" defined*
   *For purposes of this section, the term "**make and enforce contracts**" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.*
   *(c)**Protection against impairment***
   *The **rights** protected by this section **are protected against** impairment by nongovernmental discrimination and impairment under **color of State law**.*

The defendant is interfering with the plaintiff's ability to conduct and perform business in detrimental ways. There have been death threats and interference things occurring between this defendant and defendants of other cases that are long past, but could be part of a different cartel or group that is associated with these cases, the new cases, like I filed a case in the District of Nevada because payment processor related company SBGA has a scheme that they attempted to indoctrinate, entangle, entrap me in, with the surcharging debacle culture habit called "cash discount", and also referred to as "no cash", or "zero fees", or "eliminate your fees in payment processing".

There could be a relation of retaliation because these payment processors might know each other in some way. This could be related to an issue that I have with Slice payment systems, where every now and again, they are going to offer me a job, and then deny me the job by ruining the recruiting process, deny me to first day training, cancel the paperwork as I am filling it out in docusign as it happened recently enough, send me emails and sms/text links to training and meetings, even though they know that they aren't going to hire me and I do desperately want a job.

This could be connected to Slice and their harassment like Globe Life, at the same time, does the same thing, having core affiliates of its umbrella of agencies, bother me with fake job opportunities, like US Health Advisors, may have recently accepted money from Globe Life, and they offered me a job through a Virginia office, but demanded that "I" come in physically for an OSHA violating, life sickening interview.

I demanded a video conference interview, and nothing happened. The GCHQ, NSA cartel made me delete the text. Now, months later, weeks later, my phone gets an update for messaging, and now, my text app has a spam and blocked feature to look through. I see a weeks' old text that was blocked by Google, after it was sent, while I was still looking at the phone and I never received it.

They blocked this incoming text of this company offering me the videoconferencing interview for a great job.

The defendant Block, Cash App is interfering with the psychological idea process that the plaintiff might incur, where the plaintiff can't think about "starting a business", like my mom suggested in cyber security, if someone is screwing up his payment processor checking account, by keeping him from moving money in and out of the account.

You are not going to think of starting a business or doing anything with trying to get business or consulting going if someone is screwing with your account. These people turn off accounts. On a whim, you can wake up and your payment processor account, that you receive money on can be "turned off".

They have a habit of putting your account in "security review" and your shit is gone from there. When they do this, it is always, mandatorily combined with "turning off all of the features of the account", incoming transactions blocked, outgoing transactions blocked. You can't get money going into the account or out of the account.

Right now, because I have access to some money, it is not a complete emergency like WU Netspend turning off my account, and then at the same time, Microsoft bricked the computer by cancelling my PIN for my login, and told me to reset it, and then, they mandated all of a sudden that I need to get a second authentication factor code sent to my email, and then, they never sent the code. I could not log into the computer, and the computer would not reinstall Windows without, going through some iteration of requiring the second authentication code, because, now, there is some install code, that you need to get from Microsoft to install windows. You are not approved to instantly, arbitrarily install Windows on your computer.

My mother who controls large aspects of my finances now because of how this global life situation went, has the idea that I can, "start a business" in cyber security, which for me, psychologically is a batshit stupid idea, because "no one in the market knows anything", "they all lied and have been doing so for years to get their positions", "they seriously don't know shit about stuff", and "you can't advertise well enough to penetrate the wall to get into business".

You can't just put ads on the internet for these people. On top of that, we are dealing with people who have accounts receivable and accounts payable departments and they all want net 30 or net next year. I can't be blowing advertisement dollars on people who won't see the ads, and then, "you get stuck trying to penetrate the organization for a whole entire year, just to not get the sale, and then, lose in the same way with multiple other customers, because inside of the business, they don't want security to change".

So, then, on top of that, you'll wind up with the situation of people paying you for service, and then, they won't let you do the service, either them, or their henchmen, or someone in upper management, won't let you install the thing, they will break the thing, they will change the thing, they will not show up to the meeting, they will not participate fully in the meeting, they won't ever be ready to be competent in the meeting. You get all of these things, in business which is why, all businesses have problems right now.

~ 20 ~

So, then, with these computer technology hacks and financial harassments, combined, "just why in the fuck would I, want to try to do something stupid, like start a business, when these fuckers are already turning off my account". At any point, I can have a problem with a financial transaction. They have proved that, with these series of attacks, where ultimately, they want to blame "you" for "not trying it again".

Why are any of them being blocked? They act like it's some sort of robotic autonomous self-operating, self-existing system, that is autonomous to itself, and it's people, U.S. persons in there, fucking around with buttons and settings, making your account, not work, and then, they say "oh oh, well, the-system did this thing and you just need to try again later". There is no later in a financial transaction. The shit is instant. It's supposed to work now. There is no fucking just try again multiple times and try with a different debit card.

The company functions illegally as a bank. It operates as a bank, and it claims to have hundreds of billions of dollars of profit over the last few years, and it doesn't make sense. Everyone is skyrocketing in profits with out of work Americans and payment processor money being created and flood into these companies. The company needs to be held liable and culpable with penalties for interfering in the life of an American who has not attacked them, not provoked them, just trying to do business and get on with my life.

This breaks contracts and the ability for someone to contract. Chime is accused of performing breaking contracts in the same way that Cash App / Block is, and pictures are included below to demonstrate a fake customer service routine that is a lying scheme to harm customers and is fraud.

2. **THE FEDERAL TRADE COMMISSION ACT TITLE "15" U.S.C. § 45, – UNFAIR METHODS OF COMPETITION UNLAWFUL**
   *(a)Declaration of unlawfulness; power to prohibit unfair practices*
   *(1)Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful.*

It is "unfair" for a business to create a fake customer service routine, where it is agitating the victimized customer into provocations that are not received by a human, where a human is forced to "yell at a wall". The wall did not respond with logic or sense.

It told me to do things that can't be done. You can't do a wire transfer out of the account. It gives you the account numbers. You can't perform an ACH transaction out of the account. It forces you to "link your bank" by using a debit card number only, even if "you" put the account number and routing number in there. It will not process the transaction.

The company lies to users about its capabilities, and then turns things off and blames you for it happening. You're trying it too many multiple times. You need to use another debit card. Try the

~ 21 ~

transaction again from another bank account.

They changed the order of one or two of the pictures down below and I can't figure it out right now, because GCHQ and NSA are hitting me with a mind control beam disrupting my consciousness. It is non-correction. They are mandating non-correction as if they are helping you and the FTC has tons of these types of cases all over the world and they aren't doing anything about it because they are a bunch of young people that don't understand how to read and they see the problems in the same way that the criminals created them.

Chime is accused of performing all of the following preceding things. They are performing the same interference in account management that Square/Block/Cash App is doing. They are not performing honest business practices where they have not installed, nor configured the ability for the customer to transfer money into their account, through their service only and NOT THE EXTERNAL THIRD-PARTY SERVICE of where the money is supposedly coming from. At the end of the troubleshooting customer service routine, the women of Chime customer service are going to push and force the customer to transfer the money from "the other" bank account. This is fraud.

3. **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY §§ 2051 – 2090 TITLE "15" U.S.C. CHAPTER 47 - § 2051, – CONGRESSIONAL FINDINGS AND DECLARATION OF PURPOSE**
*(a)(1)an unacceptable number of consumer products which present unreasonable risks of injury are distributed in commerce;*
*(a)(2)complexities of consumer products and the diverse nature and abilities of consumers using them frequently result in an inability of users to anticipate risks and to safeguard themselves adequately;*
*(a)(3)the public should be protected against unreasonable risks of injury associated with consumer products;*
*(a)(4)control by State and local governments of unreasonable risks of injury associated with consumer products is inadequate and may be burdensome to manufacturers*

The product should not be attacking the customer. The product should work without inhibitions and without things getting stuck or broken and the-system pretending that some mishap occurred and the customer should try again or do something differently. These methods and measures don't work and they are not the responsibility of the customer.

This is the result of people lying about the work that they do and lying about their capability to perform. They don't know what they are doing, but they promised a bunch of people that they were going to do amazing things with their jobs, but they can't. There is nothing to do. In banking and financial services, there is nothing for anyone to do. They all lie.

The service is turned on, and it works. That's a problem. They can't explain what all of those salaries are for and they can't explain, why all of these people need to get paid. In banking, it's nothing more than an ACH transaction even if it says debit card or credit card. I know because I am a banking expert and more of an expert in payment processing, than in core banking services.

I was offered a blackmail henchman position, to be a HUMINT manager at World Pay, and I have several multiple failed job offers that have not been fulfilled specifically only through Heartland Payment Systems, for sub-director sales positions, and other organizations have failed to hire me, after evaluation and hire stupid people instead like Slice Payment Systems, Wholesale Payments who wanted me to train all of their entire workforce and staff with a specifically created position where the CEO himself emailed me the job description, and other smaller payment processor companies, like Riverside Payments, Evergreen Payments, Vizipay, AMP payment systems, Allegiant, First American, Valued Merchant Services, KurvPay aka Electronic Payment Systems, SBGA, and multiple other companies, like the companies named in this payment processor specific lawsuit "2:2025-CV-02000" Swipe Pay, and Goal Line payments. They are doing things that Cash App, Block in general, are not doing with this "no cash", "cash discount" system of which Slice payments, literally created a complete obfuscation scheme where they create an inventory management system that is new for the customer and adjust and increase all of the prices 4.5% to keep themselves from needing to put two prices on the receipt.

Square, is not being accused of that here, and I have maintained in other lawsuits that Stripe, Paypal, Square, Payoneer, HoneyBook have not, nor have ever performed the "no cash", "cash discount" fraud that is affecting the market, and this potentially includes as a positive accusation against surcharging and color of law violation doublespeak calling it by another name, FiServ-FirstData, Heartland Payment Systems, Global Payment Systems, World Pay, and a few other companies. I have examined their service portfolio offerrings enough to know that "they don't do this". Electronic Payment Systems – Electronic Merchant Services aka Kurvpay does perform the cash discount aka zero pay aka zero payments aka zero charge service. They offerred me a job. We discussed it and I failed a background check and they rescinded employment like SBGA and Goldman Financial.

The product needs to work without inhibitions and without bothering the customer with limitations. It is a database transaction of SWIFT technology designation and there is no reason why, it should not work. There is no reason, why performing something as simple as editing a field in Excel doesn't work. They are humans in there monkeying around with technology, causing hell for people, because, they don't like not having anything to do with their job on a daily basis and so they think that it's funny to cause hell for people and pretend that they have done something wrong.

Additionally, which is really wrong and fucked up and stupid is that they advertise that you can transfer money in and out of the account, but you can't because, they have not programmed basic bank transfers into the account. You cannot simply transfer money out of the account or into the account. You have to perform an approved debit transfer withdraw. You can't just put your bank account number in there from another bank and have it work. This is violation of this law. The service as itself stands today, does not enable the customer to freely, as advertised, transfer money into or out of the account, and especially with the customer service chat transcript syntax shown below, "they don't want you transferring large sums of money in or out of the account" or it's for special people on a special list.

Chime is accused of the same acts and allegations that Block / Cash App is performing.

4. **TITLE "15" U.S.C. CHAPTER 50 – CONSUMER PRODUCT WARRANTIES §§ 2301 – 2312**
**TITLE "15" U.S.C. CHAPTER 50 - § 2304, – FEDERAL MINIMUM STANDARDS FOR WARRANTIES**

*(a)Remedies under written warranty; duration of implied warranty; exclusion or limitation on consequential damages for breach of written or implied warranty; election of refund or replacement In order for a warrantor warranting a consumer product by means of a written warranty to meet the Federal minimum standards for warranty—*

*(1)such warrantor must as a minimum remedy such consumer product **within a reasonable time** and without charge, **in the case of a defect, malfunction, or failure to conform** with such written warranty;(2)notwithstanding section 2308(b) of this title, such warrantor **may not impose any limitation on the duration of any implied warranty** on the product; (3)such warrantor **may not exclude or limit consequential damages for breach** of any written or **implied warranty** on such product, unless such exclusion or limitation conspicuously appears on the face of the warranty; and (4)if the product (or a component part thereof) **contains a defect or malfunction** after a reasonable number of attempts by the **warrantor to remedy defects** or malfunctions in such product, such warrantor must permit the consumer to elect either **a refund for, or replacement without charge** of, such product or part (as the case may be).*

The customer has no alternative in this system. For a normal bank, their services include the ability to withdraw money from a different account, as a reverse-transaction, an ability that exists within your normal account. As an additional method of function added to the small set of services that a customer has access to, some banks include third-party transaction service to give the customers an additional option to get money in or out of the account. Here this company gives you lying direction and lying advice about the process.

It is telling me to perform a wire-transfer, and the screen only presents "you" with the account number and routing number of the account. This information, when used in another bank account from a different company, can be used to wire money into the account.

However, this advice is being told to me, as an alternative method to getting money into the account as if the wire-transfer feature and section of the website will perform a function on its own, in a semi-automated way. It doesn't do anything on its own. It doesn't enable the customer to do anything.

This is where, the company assumes that the customer is going to "take that as a cue" and then, try to work-around the problem and create a solution differently with other resources. Where it has disabled the customer in one way, then it is "your" burden to facility the solution with another, set of resources.

These days, all of the banks and payment processors are "in" on something. They will not allow "you" to transfer money out of your account or into your account. It's a weird particular problem. I am not trying to get money out of the account, which is a problem that I am having with another bank account. This fucking company won't let me put any money into the account.

There is a feature on the account profile settings page that discusses and advertises limits on the account. It says "unlimited". Well, you don't even know what the limits are when the fucking customer service

shit tells you "oh well um, try lesser amounts and see if that works". It is not some magically configured unknown guess-system. You have specific limits set on the account including "no, you can't transfer money in at all".

These people, when in control of resources, think themselves to be better than you, smarter than you in derogatory ways, especially at your expense if given the opportunity.

The customer is supposed to have at least one additional feature within the account to perform an incoming and outgoing transaction, where if one fails, then for sure the other works. For example, the transfer method used to get money "in" to the account is a debit card transaction. It is not an account number, routing number bank transfer.

Even in another section of the website, where it allows "you" to link a bank account, it doesn't allow the shit to work. It forces you, after you start a transaction with that configured service, to add a debit card. If the debit card transaction fails, then the customer needs to be about to use the account numbers to transfer money. They have not created that feature for the website and that is violation of this law.

Chime falsely advertises that "you" can transfer money into your account using multiple features and the features do not work.



**Screen 1 (5:32)**

X  Cash App Support

Chat on your own schedule. We'll notify you of new messages

Today 4:51 PM

You're connected to our automated chatbot for immediate assistance. By continuing, you agree to the **terms of use**

Hi Terrance, how can I help you today?

I am trying to transfer money into this account and you are blocking it

Thanks for checking in—I know that's frustrating. I looked at your recent $800 transfer to your Cash App balance, and it shows as Failed. Our security systems sometimes stop add-cash transfers if something looks unusual to keep your account safe.

Here are a few things you can try:

• Try the transfer again later.

+  I want to...

**Screen 2 (5:32)**

X  Cash App Support

sometimes blocks add-cash attempts even when everything seems fine. We can't push those specific attempts through, but here are the most reliable ways to su

Copy  Save to Samsung Pass

• Try a smaller split (e.g. break the $800 into 2–3 adds) and retry later.

• Link a bank account directly, then initiate a bank transfer from your bank to your Cash App routing/account numbers in the Money tab. This route often succeeds when card adds are blocked.

• If you're asked to verify a card with two small test deposits, be sure to enter both amounts—adds won't complete until that's done.

If you'd like to move funds from your bank now, tap the link below to start a bank transfer. If anything still fails after trying a bank transfer or smaller splits, tell me exactly which method you used and any error shown, and I'll guide you step-by-step

+  I want to...

**Screen 3 (5:32)**

X  Cash App Support

blocked here at this company, and this error says that it is a security reason.

I hear you—repeated failures are really frustrating. You're right that the declines you're seeing are security-related on our side. While we can't override those specific attempts, here are the best ways to get this through:

• Retry later or in a smaller amount (for example, split $800 into two or three transfers). This often passes security checks.

• Try a different funding method: link another debit card or your bank account directly, then retry the add.

• If you're prompted to verify a card with two small test deposits, complete that step—adds won't go through until both amounts are entered correctly.

+  I want to...

**Screen 4 (5:32)**

X  Cash App Support

• If your bank supports it, you can also move funds to Cash App using a bank transfer or wire from your bank's app to your Cash App routing/account numbe

Copy  Save to Samsung Pass

If you prefer not to move money first, you can still pay someone directly from a linked card without adding cash.

If you try the smaller split or a different linked card/bank and it still fails, tell me which method you used and any message you saw so I can guide you further.

There is no security issue with this account or the other account. It is my money. There is nothing wrong with the debit card.

I understand—it's your money, and this is very frustrating. The failures you're seeing aren't a judgment on you or your bank card; our real-time security

+  I want to...

**Screen 5 (5:33)**

X  Cash App Support

**Initiate Bank Transfer**

Tap here to get started  ›

No banks are allowing regular transfer methods with the routing number and account number.

They all make you log in using Plaid, only if the bank is on the list. Cash App is not on Plaid's list of supported banks.

I get how limiting that feels—thanks for explaining. If your bank only supports Plaid logins and doesn't let you manually enter routing/account numbers to send a transfer, here are workable alternatives:

• Use a wire transfer from your bank to Cash A

Mone  Copy   Save to Samsung Pass

> Wire transfer to view your wire routing

+  I want to...

**Screen 6 (5:33)**

X  Cash App Support

Money tab > Get bank or wire transfer > Wire transfer to view your wire routing and account number (different from your bank-transfer/DD numbers). Then follow your bank's steps to send a domestic wire. Wires typically arrive same day or next business day.

• Try smaller add-cash amounts later from your debit card (splitting the $800 can clear security checks). If you're prompted to verify the card with two small test deposits, complete that step first.

• Link a different debit card or bank (if available) and retry the add.

Tell me which option you want to try, and I'll walk you through it step by step.

I attempted the transfer with smaller amounts and are still blocking it.

Copy  Save to Samsung Pass  There is no other debit card to use for a bank account or stop suggesting it

+  I want to...

**Screenshot 1 (5:33):**

✕  Cash App Support ✪

> There is no security risk here. There is no other debit card to use for a bank account, so stop suggesting it. There is ability to do a wire transfer because the feature is not there.

I hear you—this has been a lot, and I'm sorry for the friction. You've tried smaller amounts and a card add, and your bank doesn't allow manual bank transfers or Plaid to Cash App. Here are the options that don't require another debit card:

- Wire transfer: The option should appear in Cash App under Money tab > Get bank or wire transfer > Wire transfer. If you don't see "Wire transfer," please let me know exactly what you do see under "Get bank or wire transfer" so I can guide you screen-by-screen.

- Try again later from the same card: I know ... secur... Waiting and attempting once more ... in ...

Copy    Save to Samsung Pass

+    I want to...

**Screenshot 2 (5:33):**

✕  Cash App Support ✪

- Try again later from the same card: I know you've retried, but these security blocks can be temporary. Waiting and attempting once more later in the day can succeed when earlier attempts did not.

If "Wire transfer" truly isn't visible, tell me:
1) The exact menu path you're tapping (every button/text you see)
2) The message shown when the add fails

I'll use that to get you an actionable next step without suggesting another card or Plaid.

> Stop suggesting a wire transfer. That is no different from a regular transfer. Giving someone the routing number and a account number does not enable the Cash App app to ... ...ecial... ...have a wire transfer feature, and only allows

Copy    Save to Samsung Pass

+    I want to...

**Screenshot 3 (5:33):**

✕  Cash App Support ✪

> Plaid for account transfers. I see the account numbers in the wire transfer feature. That does not enable any ability to use Cash App to transfer money into an account.

Thanks for clarifying—and I understand you don't want wire suggested again. Since your bank only supports Plaid and card adds are being blocked by security, here are the remaining options that don't require another debit card or manual routing/account transfers:

- Use Apple Pay or Google Pay to add money in Cash App (Money tab > Add money > choose Apple Pay or Google Pay). If prompted, complete identity/card verification. Note: if you've added your Cash Card to your wallet, that won't work to add funds—use a different wallet-linked card.

- If you' ... send ... without first adding to your Cash App ...

Copy    Save to Samsung Pass

+    I want to...

**Screenshot 4 (5:34):**

✕  Cash App Support ✪

balance.

- Wait and retry later once; security blocks can be temporary. Keep the amount the same when retrying to avoid repeated checks.

If Apple Pay/Google Pay shows an error, tell me the exact message you see and which wallet you're using, and I'll tailor the next step around that path.

Today 6:05 PM

> This is not a temporary security block.
>
> I transferred $2,000 into this account using the same card and same bank account.
>
> The first transfer worked. Now, no transfers are working which means a human manually turned it off.
>
> When I try Google pay, there is an

+    I want to...



**Screenshot 5 (5:34):**

✕  Cash App Support ✪

> error stating that this merchant is not accepting this specific debit card because it is a prepaid debit card. There is no technological difference in what this card is or what the bank account is.
>
> You would allow a bank transfer from that account if I could put in the numbers on that account. But everyone has gone to Plaid.
>
> Cash App is blocking the use of this prepaid card, and it worked previously, so reverse the technological changes that caused this situation.

I hear how frustrating this is, especially after a $2,000 add worked before. I can't reverse prior security decisions or force a transaction through, but I can help you find a path that will work.

Copy    Save to Samsung Pass

What's happening and why it changed:

+    I want to...

**Screenshot 6 (5:34):**

✕  Cash App Support ✪

- Our real-time security may block subsequent card adds even if a previous one succeeded. This isn't a manual toggle on your account.

- Google Pay's message that your prepaid debit isn't accepted aligns with card-network/wallet rules—some prepaid cards can't be used for wallet-based loads even if they work elsewhere.

- Cash App supports many prepaid cards for adding money, but not all specific prepaid cards are supported for adds or for wallet loads.

Best available options without using another debit card:

- If your external bank supports sending a transfer using routing/account numbers (bank transfer), that route typically succeeds; I understand yours ... availa...

Copy    Save to Samsung Pass

- If your bank offers wires, that's

+    I want to...



13870749.1.51-59

**Screenshot 1 (5:36)** — Cash App Support

may cancel transactions if we notice anything out of the ordinary.

Any pending charges from the canceled transfer attempt will drop off your bank activity in 1-3 business days.

Support team member

There is nothing wrong with the transaction. I am transferring money to myself.

There is no security information in this transaction that would warrant a "security" action. There is no reason to block this.

You state what is "out of the ordinary" with this transaction

Copy   Save to Samsung Pass

I hear you, Terrance and I understand how frustration it

I want to...

**Screenshot 2 (5:36)** — Cash App Support

understand how frustrating it can be when a payment doesn't go through as expected. While I can't override this security measure, I want to help you understand what happens next and how to avoid issues in the future.

First, any pending charges related to this canceled payment will automatically drop off your bank statement within 1-3 business days.

To help ensure smooth transactions going forward:

* Use only your personal debit card that is in your name, and build up a transaction history by sending and receiving funds from that

Copy   Save to Samsung Pass

* make sure your Cash App payments are being sent and

I want to...

**Screenshot 3 (5:36)** — Cash App Support

payments are being sent and received from people you know

Support team member

I know myself. It is my card. Unblock the transaction

Nothing can be avoided because you have it blocked, so I can't get any money into this account.

I understand this payment didn't go through– I'm sorry for any inconvenience this may have caused.

Keeping your Cash App account secure is our top priority. When we detect unusual activity, we may cancel a payment as a pr able to prevent the situation or make the payment go through.

Copy   Save to Samsung Pass

I want to...

**Screenshot 4 (5:36)** — Cash App Support

make the payment go through.

Please let me know if I can help with any other questions about your Cash App account.

Support team member

What is unusual about this transfer

You need to state why it's a security risk

Sorry for the inconvenience, Terrance. I understand payment issues are frustrating.

The transaction was unfortunately cancelled because our system detected som... dc Copy   Save to Samsung Pass
specific triggers, these meas...

I want to...

**Screenshot 5 (5:37)** — Cash App Support

measures are in place to help protect your account and ensure your security.

I know this might not be the outcome you were hoping for, but I'd recommend either trying the transaction again after 24 hours or using a different bank for now. I'm here to support you with anything else you might need, and I'll gladly help however I can. At this point, I've shared all the information currently available on my end regarding this case.

Support team member

No one can "just use a different bank" and make their money go into another bank account. There is no security risk here. This is assault, fraud, and theft. This is harassment. You have no right to block someone from accessing their money. I

I want to...

**Screenshot 6 (5:37)** — Cash App Support

bank" and make their money go into another bank account. There is no security risk here. This is assault, fraud, and theft. This is harassment. You have no right to block someone from accessing their money. I already tried transferring after waiting. Unblock the transfer. There is no system configuration detecting "unusual activity".

This is a manual setting by a human that decided this without the use of a computer. You are going to make COPY AND PASTE this whole chat and sue the company in federal district court.

I got one Lawsuit filed last week for a lawyer that's performing legal malpractice.

I can file another just as fast

Delivered

I want to...

| Transaction | | Amount |
|---|---|---|
| **Add Cash** Pathward Monday · Failed | | ~~+ $800~~ |
| **Add Cash** Pathward Sunday | | + $800 |
| **Popeyes** Cash App Card Apr 10 | | $27.81 |
| **Add Cash** Pathward Apr 10 | | + $800 |
| **Wowvendor.com** Cash App Card Apr 9 | | $152.76 |

| Transaction | | Amount |
|---|---|---|
| **Add Cash** Pathward Apr 8 · Failed | | ~~+ $1,000~~ |
| **Add Cash** Pathward Apr 8 · Failed | | ~~+ $200~~ |
| **Add Cash** Pathward Apr 8 · Failed | | ~~+ $400~~ |
| **Add Cash** Pathward Apr 8 · Failed | | ~~+ $800~~ |
| **Wowvendor.com** Cash App Card Apr 8 | | $158.06 |

| Transaction | Amount |
|---|---|
| **Add Cash**<br>Pathward<br>Apr 7 · Failed | +~~$1,000~~ |
| **legalprofessional2025@outlook.com**<br>Money Transfer, Terrance Turner<br>Apr 7 · Canceled | +~~$1,000~~ |
| **Add Cash**<br>Pathward<br>Apr 7 · Failed | +~~$1,000~~ |
| **Add Cash**<br>Pathward<br>Apr 7 · Failed | +~~$1,000~~ |
| **Add Cash**<br>Pathward<br>Apr 7 · Failed | +~~$1,000~~ |



7:36 🖤                5G+ 📶 92      7:43                    5G 📶 90

←      **Limits**     ⑦    ←       **Support**

**Debit transactions (including ATM withdrawals)**

$2,500 per day

**Debit ATM withdrawals**

$515 per day

**Credit transactions (including cash advances)**

$10,000 per day

**Credit cash advances**

$1,515 per day

**Credit secured account**

$250,000 maximum balance

**ACH transfers in**

Initiated from Chime app or Chime.com:

$10,000 per day

$25,000 per month

**ACH transfers out**

Initiated from Chime app or Chime.com:

$10,000 per day

|||     ◯     ‹

---

Thursday 10:00 AM

Hi! I'm Jade, your AI assistant.

This conversation will be recorded by Chime and our partners to enable your service experience.

Thank you for being a valued Chime+ Member!
Just drop a message below to get started!

Transfers are failing

Sorry you're running into that. Are these transfers failing when you move money to or from an external bank, with an external debit card, or through Pay Anyone?

Debit card and external bank

Tap to reply ...                    ➤

|||     ◯     ‹

7:43 📧    5G 📶 90

## Support

Sorry about that, Terrance. For debit card transfers, common reasons are an unsupported card network, a mismatch in your name or address, incorrect card details, or hitting a transfer limit. For external bank transfers, it can also happen if the linked account details need to be refreshed or if the other bank has its own limits.

You can check your transfer limits here: View limits

If you're seeing an error, send me the exact message and I'll narrow it down.

I have viewed the limits and there is no error message

Thanks for checking that, Terrance.

Tap to reply ...    ▷

|||    ○    ‹

7:43 📧    5G 📶 90

## Support

Thanks for checking that, Terrance. Your current transfer limits are $10,000 per day in or out, and $25,000 per month in or out, so if your transfer is below that, a few common causes are:
- the external debit card isn't a U.S. Visa or Mastercard
- the name or address on the linked card or bank account doesn't exactly match your Chime profile
- the linked bank account needs to be removed and linked again
- the other bank or card issuer is blocking the transfer on their side

For a debit card transfer, an option is to try a different Visa or Mastercard debit card. For the bank transfer, an option is to re-link the external account in the app and try again, or start the transfer from your other bank's app using your Chime routing and account numbers. View limits

Select an option or type below

Tap to reply ...    ▷

|||    ○    ‹

7:44 🕲                    5G ⊿ 90

←     **Support**

and account numbers. view limits

Select an option or type below

View Your Limits  ›

None of that works, you are blocking the transfer

Sorry, Terrance. Chime can block a transfer when it's flagged for account protection or risk review, and that can happen even if there isn't an error message shown.

A quick option is to start the transfer from your other bank's app using your Chime routing and account numbers, since Chime doesn't place limits on transfers started from another bank's app. If you want, I can also connect you with a live agent to review the transfer issue with you.

Tap to reply ...                    ➢

|||          ○          ‹

---

7:44 🕲                    5G ⊿ 90

←     **Support**

review the transfer issue with you.

Connect to an agent

Of course, Terrance — if you'd like to be transferred to Chime Member Services, please tap one of the options below. If you don't see your preferred option, it's because your issue requires a specialized team that's only available through the channel shown. Just so you know, our live agents will see the same information I do. You can also call us directly at 1-844-244-6363.

I need another option

Different options to talk to Chime Member Services are available depending on your account and issue type. In this case, your issue requires a specialized team that's only available on the phone. If you

Tap to reply ...                    ➢

|||          ○          ‹

~ 34 ~

7:44 🖭                    5G .ıl 90      7:44 🖭                    5G .ıl 90

←      **Support**              ←      **Support**

started!

Different options to talk to Chime
Member Services are available
depending on your account and
issue type. In this case, your issue
requires a specialized team that's              Today 7:39 PM
only available on the phone. If you
want, a team member can give you a       Hi! I'm Jade, your AI assistant.
call. If you prefer, you could also call
us directly at 1-844-244-6363.
                                         This conversation will be recorded
                                         by Chime and our partners to enable
                                         your service experience.

Thursday 2:49 PM                         Thank you for being a valued
                                         Chime+ Member!
Hi! I'm Jade, your AI assistant.         Just drop a message below to get
                                         started!

This conversation will be recorded
by Chime and our partners to enable                  This is a repeated issue where bank
your service experience.                             of America account transfers are
                                                     failing. I need to transfer money from
                                                     my bank of America account, and
Thank you for being a valued                         chime is blocking it
Chime+ Member!
Just drop a message below to get
started!                                 Sorry you're dealing with that,
                                         Terrance. I'm not seeing a recent

Tap to reply ...            ▷           Tap to reply ...            ▷

|||        ○        <           |||        ○        <

~ 35 ~

7:44                5G 📶 **90**

←         **Support**

Sorry you're dealing with that, Terrance. I'm not seeing a recent incoming transfer from Bank of America to your Chime account right now.

To make sure I point you the right way, is this:
- a transfer you started from Bank of America to move money into Chime, or
- a transfer you started from Chime to pull money from Bank of America?

A transfer started from chime like the multiple I have attempted with Plaid on this account.

Thanks for sharing those details, Terrance. This issue is best handled by a Chime Member Services representative. Please tap one of the options below. If you don't see your

Tap to reply ...        ▷

|||       ◯       ‹

---

7:45                5G 📶 **90**

←         **Support**

A transfer started from chime like the multiple I have attempted with Plaid on this account.

Thanks for sharing those details, Terrance. This issue is best handled by a Chime Member Services representative. Please tap one of the options below. If you don't see your preferred option, it's because your issue requires a specialized team that's only available through the channel shown. Just so you know, our live agents will see the same information I do. You can also call us directly at 1-844-244-6363.

I have talked to those people twice and they blamed it on bank of america and hung up on me.

Sorry that happened, Terrance. If you'd like, I can get you connected

Tap to reply ...        ▷

|||       ◯       ‹

7:45  
Support

Thanks for sharing those details, Terrance. This issue is best handled by a Chime Member Services representative. Please tap one of the options below. If you don't see your preferred option, it's because your issue requires a specialized team that's only available through the channel shown. Just so you know, our live agents will see the same information I do. You can also call us directly at 1-844-244-6363.

I have talked to those people twice and they blamed it on bank of america and hung up on me.

Sorry that happened, Terrance. If you'd like, I can get you connected by phone again now so you can speak with another live agent.

Tap to reply ...