CLERK

Please see this syntax and text as a written authorization for check processing to pay the fee for this case, which I acknowledge in this writing should be around $450 USD. Use these numbers for the credit/debit transaction in your payment system

Billing Address

Terrance Turner
108 Orchard Lane
Centerville, Georgia 31028
(240) 485-9483
marketconsultant2025@outlook.com