

CERTIFIED MAIL™

FIRST-CLASS MAIL
U.S. POSTAGE AND FEES PAID
IMI LETTERSTREAM
$012.26
04/27/2026  ZIP 85255
043MS2208054
quadient

USPS CERTIFIED MAIL

9214 8901 4298 0476 8145 53

CERTIFIED MAIL

Terrance Turner
108 Orchard Lane
Centerville GA 31028



0013870749000011
UNITED STATES DISTRICT COURT
Clerk New Case
475 MULBERRY STREET
MACON GA 31201
USA

RECVD:MAY1.26AM9:48
MDGA-MAC