IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRANCE TURNER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00167-TES |
| | * | |
| BLOCK INC, et al, | * | |
| Defendant. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated August 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk